UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ULILUS DUBARD,

    Plaintiff,                               Civil Action No.
                                                 10-CV-12740

vs.

                                                 HON. MARK A. GOLDSMITH

ERIC BUCKBERRY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING WITHOUT PREJUDICE DEFENDANT JOHN DOE PARAMEDIC

This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Mona K. Majzoub, entered on March 23, 2011. The Magistrate Judge recommends that Defendant John Doe, Paramedic, be dismissed without prejudice for pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff has not filed objections to the R&R and the time to do so has expired. Thus, Plaintiff has waived any further right to appeal. Thomas v. Arn, 474 U.S. 140, 155 (1985). In any event, the Court has reviewed the R&R and finds that the Magistrate Judge has reached the correct result for correct reasons.

Accordingly, the Magistrate Judge's R&R (docket entry 13) is accepted and adopted as the findings and conclusions of the Court.

SO ORDERED.

                                                        s/Mark A. Goldsmith
                                                        MARK A. GOLDSMITH
                                                        United States District Judge

Dated: June 21, 2011
          Flint, Michigan

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 21, 2011.

                                             s/Deborah J. Goltz
                                             DEBORAH J. GOLTZ
                                             Case Manager